**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSEPH DUNCAN | : | |
| Plaintiff | : | |
| v | : | Civil Action No. JFM-06-363 |
| BALTIMORE CENTRAL BOOKING INTAKE CENTER | : | |
| | : | |
| Defendant | | |

o0o

**MEMORANDUM**

The above-captioned civil rights action, filed February 8, 2006, concerns plaintiff's allegation that he was illegally detained at the Baltimore Central Booking Intake Center (BCBIC) from November 8, 2005, to November 23, 2005. Paper No. 1. Plaintiff alleges that during the 15 day period he was improperly detained he was involved in an altercation with a correctional officer and subsequently sentenced to serve a 10 month sentence. *Id*. As relief, he seeks compensatory damages.

To the extent that plaintiff seeks to invalidate his criminal sentence, the claim is subject to dismissal unless plaintiff has successfully appealed the conviction and it was overturned. *See Heck v. Humphrey*, 512 U. S. 477, 487 (1994) (claims challenging the legality of a conviction not cognizable in a 42 U.S.C. § 1983 action unless and until the conviction is reversed, expunged, invalidated, or impugned). To the extent that plaintiff is alleging a violation of his due process rights, he has failed to name a proper defendant. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 67 (1989) (statute requires cause of action against a person which does not include state or state officials acting in their official capacity). In light of plaintiff's pro se status, he will be granted 30 days to amend the complaint to include names of individuals employed at BCBIC who allegedly

caused his illegal detention. He will also be required to state whether his conviction involving the incident with the correctional office has been reversed or otherwise invalidated. Plaintiff is forewarned that his failure to amend the complaint will result dismissal of this case without further notice from this court.

    A separate order follows.


February 28, 2006                        /s/
Date                                        J. Frederick Motz
                                              United States District Judge